# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 22 | F5663282 | GENTILE, J | 2472 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 06/03/2024 @ 12:12
**Offense Charged:** 36 CFR 261.13

**Place of Offense:** DISTRICT OF CO; RIO GRANDE NF

**Offense Description:** 16 USC 551, VIOLATION OF FOREST TRAVEL MANAGEMENT; OPERATING A MOTOR VEHICLE OFF A DESIGNATED ROUTE

### DEFENDANT INFORMATION

**Last Name:** ROTH
**First Name:** LONNY
**MI:** L

**Vehicle:** 98 JEEP BLK

### APPEARANCE IS OPTIONAL (Box B checked)

Forfeiture Amount: $250
Processing Fee: $30
Total Collateral Due: $280

**YOUR COURT DATE:** TO BE NOTIFIED

**Defendant Signature:** REFUSAL

*F5663282*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____.

The foregoing statement is based upon:
- my personal observation
- my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT - Hazardous material involved in incident; PASS - 9 or more passenger vehicle;
CDL - Commercial drivers license; CMV - Commercial vehicle involved in incident

CVB SCAN 08/01/2024 14:9

Page 1 of 1



| FOREST | ADDRESS |
|---|---|
| RIO GRANDE NATIONAL FOREST | 13308 HWY 160, DEL NORTE, CO 81132 |

USDA Forest Service — STATEMENT OF PROBABLE CAUSE

CASE NUMBER: F5663282

Pursuant to 16 USC 551; On July 22, 2024, at approximately 0930 hours, while exercising my duties as a Law Enforcement Officer in the District of Colorado, on the Rio Grande National Forest, Saguache Ranger District, I had reason to contact Lonny ROTH.

On June 3rd, 2024, at approximately 1212 hours, Lonny ROTH was photographed operating a black Jeep Cherokee on an undesignated route that was signed, "No Motor Vehicles".

On July 22, 2024, I contacted ROTH at the Turquoise mine and spoke with him about how he has accessed the VG234 unpatented mining claim. ROTH admitted to driving his Jeep on the unauthorized route that was adjacent to Saguache County road NN56. I asked ROTH if he was familiar with the Motor Vehicle Use map that the Rio Grande Forest provides, and he said that he was. I informed ROTH that he could not operate a motor vehicle off a designated route and ROTH claimed that he could use "old mining roads" to access the unpatented mining claim. ROTH had previously been told to only use routes that are designated on the motor vehicle use map. ROTH said "We don't necessarily know the rules" but claimed to have an attorney in case him or others were given tickets. ROTH refused to sign his violation notice.

ROTH was issued violation notice F5663282 for being in violation of 36 CFR 261.13- Violating Forest travel management. Operating a motor vehicle off a designated route.

"I, Jason Gentile, hereby attest under penalty of perjury, that ROTH was issued a true and correct copy of this violation notice on July 22, 2024." Audio and video recordings of the contact are available.

The foregoing is based upon:

- X   My personal observations.
- X   My personal investigation.
- ___  Information supplied to me from a fellow officer's observations.
- ___  Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: July 26, 2024: _____
Jason Gentile, Law Enforcement Officer #2472

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

Executed on: _____
(Date)   (United States Magistrate-Judge)

CVB SCAN 08/01/2024 14:9

Page 1 of 1

| | | |
|---|---|---|
| USDA Forest Service | **STATEMENT OF PROBABLE CAUSE** | **CASE NUMBER** F5663282 |

| FOREST | ADDRESS |
|---|---|
| RIO GRANDE NATIONAL FOREST | 13308 HWY 160, DEL NORTE, CO 81132 |

Pursuant to 16 USC 551; On July 22, 2024, at approximately 0930 hours, while exercising my duties as a Law Enforcement Officer in the District of Colorado, on the Rio Grande National Forest, Saguache Ranger District, I had reason to contact Lonny ROTH.

On June 3rd, 2024, at approximately 1212 hours, Lonny ROTH was photographed operating a black Jeep Cherokee on an undesignated route that was signed, "No Motor Vehicles".

On July 22, 2024, I contacted ROTH at the Turquoise mine and spoke with him about how he has accessed the VG234 unpatented mining claim. ROTH admitted to driving his Jeep on the unauthorized route that was adjacent to Saguache County road NN56. I asked ROTH if he was familiar with the Motor Vehicle Use map that the Rio Grande Forest provides, and he said that he was. I informed ROTH that he could not operate a motor vehicle off a designated route and ROTH claimed that he could use "old mining roads" to access the unpatented mining claim. ROTH had previously been told to only use routes that are designated on the motor vehicle use map. ROTH said "We don't necessarily know the rules" but claimed to have an attorney in case him or others were given tickets. ROTH refused to sign his violation notice.

ROTH was issued violation notice F5663282 for being in violation of 36 CFR 261.13- Violating Forest travel management. Operating a motor vehicle off a designated route.

"I, Jason Gentile, hereby attest under penalty of perjury, that ROTH was issued a true and correct copy of this violation notice on July 22, 2024." Audio and video recordings of the contact are available.

The foregoing is based upon:

- _X_ My personal observations.
- _X_ My personal investigation.
- ___ Information supplied to me from a fellow officer's observations.
- ___ Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: July 26, 2024: _____/s/ Jason Gentile_____
Jason Gentile, Law Enforcement Officer #2472

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

Executed on: _____
(Date)          (United States Magistrate-Judge)

CVB SCAN 08/01/2024 14:9